In the Matter of the Application of RAPID TRANSIT SUBWAY CONSTRUCTION COMPANY, Respondent, for a Writ of Mandamus against CHARLES L. CRAIG, as Comptroller of the City of New York, Appellant.

*New York city — peremptory mandamus to compel comptroller to issue warrant for payment on subway contract granted.*

*Matter of Rapid Transit Subway Constr. Co.,* 199 App. Div. 45, affirmed.

(Argued March 2, 1922; decided March 21, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

December 16, 1921, which reversed an order of Special Term denying a motion for a peremptory writ of mandamus and granted said motion. The proceeding was to compel the comptroller of the city of New York to issue a warrant purporting to be required by a voucher of the transit construction commissioner as part payment of an amount alleged to be due by the city of New York to the Rapid Transit Subway Construction Company for a car door control device installed on cars used in the express service of the new and enlarged subway under a contract executed March 19, 1913, and known as contract No. 3.

*John P. O'Brien*, Corporation Counsel (*Charles L. Craig* of counsel), for appellant.

*James L. Quackenbush, Frederick G. Watson* and *Charles F. Kingsley* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.